JOSE SANCHEZ-JIMENEZ 93767-198
California City Correctinal Center
P.O. Box 3001-0001
California City, CA. 93504

IN PROPRIA PERSONA



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff. ) <br> ) <br> VS. ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> SANCHEZ-JIMENEZ-JOSE_____ ) | MOTION FOR TIME REDUCTION BY INMATE IN FEDERAL CUSTODY UNDER TITLE (28 U.S.C. §2255) <br> 07cv 2061-DMS <br> Case No. 05CR1373-DMS |

COMES NOW, the defendant, JOSE SANCHEZ JIMENEZ, Requesting

This Honorable Court a time reduction on the following grounds,

Memorandum of points and Authorities established this Motion

Factual basis. Under the Attorney General Memorandum dated

April 28/1995, United States Attorney can offer up to 2 points

Level of the sentence if defendant accepts a final deportation

Order.

Because, Icannot be house in minimum security facility, or

Community Correction center based in my deportation alien status

I ask this Honorable Court that it takes into consideration and

Grant me a downward departure.

---

The offense of being found unlawfully in the United States after
deportation, in violation of 8 U.S.C. & 1326 (a)(2), carries a
maximum prison sentence of two years. SEE 8 U.S.C.& 1326(a).
SEE 18 U.S.C. & 3559 (a)(5). SEE 18 U.S.C. & 3583(b)(3).

1

## FACTS OF DEFENDANT'S PRESENT INCARCERATION

Defendant Mr. Sanchez Jimenez, jose is currently in the custody of the United States Attorney General at California City Correctional Center, P.O. BOX 3001-0001, California City, CA. 93504. On or about May 23, 2005 Defendant Mr. Sanchez Jimenez was arrested and Indicted for Section 8USC 1326 DEPORTED ALIEN FOUND IN THE UNITED STATES. Mr. Sanchez Jimenez was sentence in the United States District Court for the District of California for a term of 77 months and 3 years supervise release.

## THE DEFENDANT IS SEEKING RELIEF DUE TO THE FOLLOWING POINTS AND AUTHORITIES

(1) <u>Equal Protection Rights Pursuant to XIV Amendments to the United States Constitution.</u>

(2) <u>Due Process, V Amendment.</u>

(3) <u>Equal Rights Act (1964) no person shall be discriminated, Regarless, of race, color, sex, religion, origin, Nationality.</u>

A United States Citizen is entitled to different privileges due to his/or her origin like (1) year reduction of sentence through a drug program three months half-way house to prepare to re-assimilated a Unicor job, with good wages and other benefits.

An alien is deprived of his benefits or privileges due to his or her status and find himself/herself committed to harsher time, or sentence due to his/her status in the United States of America.

Both a United States Citizen and an alien inmate/resident live and comport by the same rules, policies, privileges and standards of such Institution.

Therefore Defendant Mr. Sanchez Jimenez Prays that the Honorable Court grant him all relief to which he may be entitled in this proceedings. Defendant, respectfully request relief to be granted doing otherwise will be discriminative.

This Motion is submitted in good faith, and pursuant to V and XIV Amendments that guaranteed rights protection of the United States of America Constitution.

                          RESPECTFULLY  SUBMITTED

                          By *[signature]*
                               JOSE SANCHEZ JIMENEZ

                               Defendant/Movant

                               IN PRO SE

Date 10/18/07

IN THE UNITED STATES DISTRICT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff.                          )<br>                                         )<br>                                         )<br>VS                                    )<br>                                         )<br>JOSE SANCHEZ JIMENEZ     )<br>                                         )<br>Defendant/Movant            ) | MOTION FOR SPEED DECISION TO<br>MOTION REDUCTION SENTENCE FOR<br>THE JUDGEMENT IMPOSED BY COURT<br><br><br>Case No. 05CR1373-DMS |

Petitioner in above named is looking for a reduction sentence imposed; Petitioner is PRO-SE: UNPRACTICED, this condition may also seek "SPEED DECISION" from Honorable Court, petitioner violation mandatory remove from U.S.A.

It is respectfully submitted that the other requirements do not apply to Section 1326 or Section 1325 cases, because illegal re-entry, or being found in the United States, or attempted re-entry into the United States is not a "VIOLENT CRIME" It is only made serious because of the penalties imposed for the violation of the statute. And in fact being illegal in the United States is a "MALA PROBITA" it is like runing a stop sing, or a red light while driving a vehicle, the violator does not even have to be aware that he is commiting a crime.

Under CRIMINAL PROCEDURE, ARRAINGMENT RULE 11 where it states clearly that the defendant must CLEARLY UNDERSTAND THE RISK ON A ACCEPTING CULPABILITY, such rule was not taken under account, and for now different problems arise, like for instance Deportation

1

From the United States by the department of Homeland Security; in support of such claim and in support of this decision the Honorable Court of the United States where there can not be a Double jeopardy stated and "ARGUE OCTOBER 4,2004 Decided January 12,2005. To mention a case; United States V. Booker.and the fact as long requires their use is important sentencing circumstances-both on review of departures, and on review of sentences imposed where there was no applicable guideline.

For the reasons set forth in this petitio/Motion to reduction time under title 28 U.S.C. & 2255 in above named is respectfully request this Honorable Court to grant this Motion a person in Federal Custody.

Respectfully Submitted<br>
In Pro Se: /s/ Jose Sanchez-Jimenez<br>
JOSE SANCHEZ JIMENEZ<br>
DEFENDANT/MOVANT

DATE: 10/18/07

---

The offense being found unlawfully in the United States after deportation, in violation of 8 U.S.C. & 1326 (a)(2), carries a maximum prison sentence of two years. See 8 U.S.C. &1326 (a). See 18 U.S.C. &3559 (a) (5) SEE 18 U.S.C. 3583 (b)(3).

## CERTIFICATE OF SERVICE / OR MAILING

CASE NAME: JOSE SANCHEZ-JIMENEZ          VS.   UNITED STATES OF AMERICA

CASE NUMBER: 05CR1373-DMS

I, the undersigned, herby affirmed that on this 18 day of OCTOBER 2007, I deposited in the recepticle for the United States mail provided at this Institution for inmates, first class pre-paid postage, in a sealed envelope and addressed to:

U.S. District Court
880 Front st. suite 4290
San Diego, CA. 92101-8900

Office of the clerk

a true and correct copy of the attached document(s) identified as follows:

> MOTION FOR TIME REDUCTION
> BY INMATE IN FEDERAL
> CUSTODY UNDER TITLE
> (28 U.S.C. §2255)

In accordance with Houston V. Lack 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. §1746(2). I further declare under the penalty of perjury that the foregoing is correct and true.

DATED: OCTOBER 18, 2007

*/s/ Jose Sanchez Jimenez*
AFFIANT: JOSE SANCHEZ JIMENEZ

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

**FILED**
OCT 22 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Jose Sanchez-Jimenez   93767-198

**DEFENDANTS**
United States of America

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Jose Sanchez-Jimenez   93767-198
California City Correctional Center
PO BOX 3001-0001
California City, CA 93504

**ATTORNEYS (IF KNOWN)**
U.S. Attorney

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 U.S.C. 2255**

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☒ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $ _____   Check YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE: 10/22/07

SIGNATURE OF ATTORNEY OF RECORD: [signature]

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should completed the form as follows:

I.(a) Plaintiffs - Defendants. Enter names (last, first, middle intitial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giveing both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) Attorneys. Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place the "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, it officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

V. Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI. Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

VII. Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. Related Cases. This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.
(rev. 07/89)