| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | TIMOTHY F. SALEL |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 163597 |
| | Edward J. Schwartz Federal Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6074 |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JOSE SANCHEZ-JIMENEZ, | ) | Civil Case No. 07CR2061-DMS |
| | ) | Related Criminal Case No. 05CR1373-DMS |
| Plaintiff, | ) | |
| | ) | MOTION FOR ORDER SHORTENING TIME TO |
| v. | ) | FILE THE GOVERNMENT'S RESPONSE AND |
| | ) | OPPOSITION TO PETITIONER'S MOTION TO |
| UNITED STATES OF AMERICA, | ) | VACATE, SET ASIDE, OR CORRECT THE |
| | ) | SENTENCE PURSUANT TO 28 U.S.C. § 2255 |
| Defendant. | ) | |
| | ) | |

COMES NOW, the plaintiff, UNITED STATE OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby moves this court for an order shortening time to allow the filing of the Government's Response and Opposition to the Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255 filed by the Petitioner, Jose Sanchez-Jimenez.

This application is made for the following reason:

(1) Undersigned counsel was unable to timely file the Government's Response and Opposition because the Court's Order Setting Briefing Schedule in response to Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255 was not timely received or was inadvertently deleted. According to PACER, the Court's Order Setting Briefing Schedule was timely sent to undersigned counsel via e-mail in accordance with the ECF system. However, the order was issued at a time when undersigned counsel was out of the office and the e-mail (containing the order) may have been inadvertently deleted. Undersigned counsel did not anticipate any further litigation in

1  this case and the case file was archived because the defendant had waived his right to appeal and to
2  collaterally attack the judgment and sentence.
3      (2)    Undersigned counsel regrets the error and requested that a copy of the Government's
4  Response and Opposition be immediately sent to chambers, Petitioner, and Petitioner's defense counsel.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: January 3, 2008

*/S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANCHEZ JIMENEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Civil Case No. 07CV2061-DMS<br>Related Criminal Case No. 05CR1373-DMS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Timothy F. Salel, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, CA; my business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893; I am not a party to the above-entitled action; and

I deposited in the United States mail at San Diego, California, in an envelope bearing the requisite postage, a copy of GOVERNMENT'S MOTION FOR ORDER SHORTENING TIME TO FILE ITS RESPONSE AND OPPOSITION TO PETITIONER'S MOTION TO MODIFY AND CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 addressed to Petitioner at the following address:

>Jose Sanchez Jimenez  93767-198
>California City Correctional Center
>P.O. Box 3001-0001
>California City, CA 93504

I have also e-mailed a copy of the GOVERNMENT'S MOTION FOR ORDER SHORTENING TIME TO FILE RESPONSE AND OPPOSITION TO PETITIONER'S MOTION TO MODIFY AND CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 to defense counsel Thomas S. Sims at tsims1@san.rr.com.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: January 3, 2008          */S/ TIMOTHY F. SALEL*
                                      TIMOTHY F. SALEL